# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF IDAHO

IN RE:

TETZNER, RANDALL L
TETZNER, DIANE L

Debtor(s)

CASE NO.    05-21992 TLM

**CHAPTER 7 TRUSTEE'S INITIAL
STATUS REPORT AND MINUTES OF
341(a) MEETING OF CREDITORS**

| | |
|---|---|
| Bankruptcy Trustee: | J FORD ELSAESSER |
| Location of Meeting: | Coeur d'Alene ID |
| Debtor's Attorney: | CRAIG D ODEGAARD |
| Alternate Attorney (if any): | |

Date of 341(a) Hearing: 12/08/05

Date Case Filed:    10/13/05

Hour:    03:00pm

Debtor

Recording Track Number: ___82___

(✓) Present       ( ) Not Present       ( ) Pro-Se

( X) Sworn & Examined       ( ) Did not Appear

Address Change: ( ) His   ( ) Hers   ( ) Both:

_____    _____,    _____  _____
(Street)                    (City)              (State)  (Zip)

Creditors Appearing: ( ) Yes   (X) No: _____

( )    341(a) Meeting Continued to: _____    at ___:___ a.m. / p.m.
                                    (Month / Day / Year)       (Time)

( )    Dismiss for Failure of Debtor and/or Attorney to Appear

( )    Prior Bankruptcy: _____, _____, _____
                        (State)        (Year)      (Chapter)

General Comments:
(✓)    Debtor Examined
( )    Discharge Information Given to Debtor(s)
( )    Schedules and Statement of Affairs Filed
( )    Statement of Income and Expenditures Filed
( )    Debtor Informed of Failure to Cooperate with Trustee or U.S. Trustee or Submit Required Reports Constitute
       Grounds for Dismissal
( )    Received and Read Information Sheet Furnished by Both the U.S. Trustee and by J FORD ELSAESSER, Trustee
( )    Amended Schedules Filed if Conversion

/s/ _____
J FORD ELSAESSER, Trustee