**Ford Elsaesser**
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0759 [Facsimile]
pts1@ejame.com
Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

| In Re: | ) | Case No. 05-21992-TLM |
|---|---|---|
| | ) | |
| TETZNER, RANDALL L | ) | ABANDONMENT OF PROPERTY |
| TETZNER, DIANE L | ) | OF THE ESTATE BY THE |
| | ) | TRUSTEE |
| Debtor(s). | ) | |
| | ) | |

TO:  THE UNITED STATES TRUSTEE, DEBTOR(S) AND PARTIES
IN INTEREST

Notice pursuant to 11 USC §554(a) is hereby given that the Trustee of the above-named Debtor(s)
estate intends to abandon the following property:

| Item Num. | Description of Item | Non-exempt Value Scheduled | Amount Secured | Lien-holder Name & Address | Actual or Estimated Value | Estimated Value to Expenses | Estate* |
|---|---|---|---|---|---|---|---|
| 1 | Real Property | 87000 | 118500 | Wells Fargo | 137000 | 0 | 0 |
| | | | | Home Mortgage - POB 10335 - Des Moines, IA 50306-0335 | | | |

*Enter zero (-0-) if estimated expenses and/or amount secured exceed actual or estimated value.

Reason for abandonment (explain all entries in the last column if zero (-0-) was not entered):

Objections to abandonment must be filed in writing with the Court and served within fifteen (15) days
of the date of mailing of this Notice.  See Bankruptcy Rule 6007.

Date:      May 31, 2007

/s/
Ford Elsaesser, Trustee