**Ford Elsaesser**
P. O. Box 2220
Sandpoint , ID 83864
(208)263-8871
(208)263-0759 [Facsimile]
pts1@ejame.com
Chapter 7 Trustee

## UNITED STATES BANKRUPTCY COURT
## FOR THE  DISTRICT OF IDAHO

| | |
|---|---|
| IN RE: <br> TETZNER, RANDALL L <br> TETZNER, DIANE L | CHAPTER 7 -- Liquidation <br><br> CASE NO. 05-21992 TLM |
| Debtor(s) | DOF: 10/13/05 |

## FINAL ACCOUNT & REQUEST FOR COMPENSATION AND EXPENSES

The Trustee certifies that the balance in the trust account held for this estate is $1,068.32 which account is held at JPMORGAN CHASE BANK, N.A., as account number ********5465. This account includes all earned interest and is the sole source for all future distributions which will be made to claimants.

All property of the estate, except that claimed exempt by the debtor(s), without objection, or determined by the Court as exempt, has been inventoried, collected, liquidated, abandoned or will be abandoned with the closure of this case.

All claims have been examined and any objections to claims have been decided by the Court. Applications for approval of compensation and expenses of other professional persons employed by the Trustee have been filed with the United States Trustee and the Court. Any property previously abandoned or which will be abandoned pursuant to 11 USC 554(c) is listed on Schedule D.

1.   THE VALUE OF:

| | |
|---|---|
| Administered property totals: | $           1,064.38 |
| Exempt property totals: | $           59,515.00 |
| Abandoned property totals: | $           154,295.00 |

2.   The trustee adopts the schedules of the petition filed as the inventory for the estate. (X)Yes        ( ) No  (if no, inventory attached)

3.   This Final Accounting reflects the status of this estate as of 05/30/07.

4.   Receipts: (See Schedule "A")                         $        1,068.32
     Disbursements (See Schedule "B")                      $            0.00
     **BALANCE OF FUNDS ON HAND**                         $____  **1,068.32**

5.   For analysis of claims filed see Schedule "C".

6.   For itemization of the proposed distribution see Schedule "D".

7.   The amount of unpaid administrative expenses including Trustee and other professional fees and expenses are $296.60.

8.   The net estate upon which the Trustee's compensation has been computed is $1,068.32. This does not include any exemptions paid to the debtor(s) and/or any refunds to be made to the debtor(s).

## COMPUTATION OF COMPENSATION

Total receipts, other than paid or payable to the debtor are: $1,068.32.

Pursuant to 11 U.S.C. Section 326, Trustee compensation is computed as follows:

a.   On the first five thousand dollars of eligible receipts
     (not to exceed 25% or $1,250.00, whichever is less)
                                                           $____  267.08

b.   On the next fifty thousand dollars of eligible receipts
     (not to exceed 10% or $5,000.00, whichever is less)
                                                           $____   0.00

c.   Any amount in excess of fifty thousand but less than
     one million in eligible receipts (not to exceed 5%)
                                                           $____   0.00

d.   Any amount in excess of one million
     (not to exceed 3%)
                                                           $____   0.00

e.   **TOTAL COMPENSATION REQUESTED**                     $____  267.08
     (If over $5,000.00, attach detailed justification)

## TRUSTEE'S EXPENSES

| | |
|---|---:|
| Prorata premium on Trustee bond | $ 0.00 |
| Travel (0 miles @0.0 cents/mile) | $ 0.00 |
| Copies(61 @15.0 cents/copy) | $ 9.15 |
| Telephone (long distance calls only) | $ 0.00 |
| Postage | $ 20.37 |
| Supplies/Stationery | $ 0.00 |
| Storage/Safeguarding estate property | $ 0.00 |
| Professional | $ 0.00 |
| Other: | $ 0.00 |
| **TOTAL EXPENSES REQUESTED TO BE ALLOWED** | $ 29.52 |

The undersigned Trustee certifies under penalty of perjury that this Final Account and attached schedules are true and correct to the best of the Trustee's knowledge. The Trustee further requests that the United States Trustee approve this Final Accounting and that the Court give notice to creditors of this request pursuant to Bankruptcy Rule 2002. Finally the Trustee requests that the compensation and expenses requested in this Final Accounting be allowed by the Court.

The Trustee states that no payments have been made or promised to him for services rendered or to be rendered in any capacity in this case. No agreement or understanding exists between applicant and any other person for sharing compensation received or to be received.

The undersigned trustee of the estate of the above-named Debtor(s), certifies to the Court and the United States Trustee, that the trustee has faithfully and properly fulfilled the duties of the office of the trustee, that the trustee has examined all proofs of claims as appropriate under the proposed distribution, and that the proposed distribution, attached hereto, is proper, and consistent with the law and rules of court.

Therefore, the trustee requests that the final accounting be accepted.

Dated: May 31, 2007

/s/
J FORD ELSAESSER, Trustee
CHAPTER 7 TRUSTEE
P.O. BOX 2220
SANDPOINT, ID 83864
Telephone Number (208) 263-8871

## SCHEDULE A
## RECEIPTS

The following is a statement of the cash items received by J FORD ELSAESSER, in detail, giving dates of receipts, on account of what received. and the total of such receipts.

| DATE OF RECEIPT | DESCRIPTION AND REASON FOR RECEIPT | AMOUNT |
|---|---|---|

**SEE ATTACHED EXHIBIT**

TOTAL $\underline{\hspace{2cm}1,068.32}$

## SCHEDULE B
## DISBURSEMENTS

| DATE OF DISBURSEMENT | TO WHOM PAID | REASON FOR DISBURSEMENT | AMOUNT OF DISBURSEMENT |
|---|---|---|---|

**SEE ATTACHED EXHIBIT**

TOTAL $\underline{\hspace{2cm}0.00}$

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-21992 TLM | | Trustee:  (320030) | J FORD ELSAESSER |
|---|---|---|---|---|
| Case Name: | TETZNER, RANDALL L | | Filed (f) or Converted (c): | 10/13/05 (f) |
| | TETZNER, DIANE L | | §341(a) Meeting Date: | 12/08/05 |
| Period Ending: | 05/31/07 | | Claims Bar Date: | 01/17/07 |

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Real property | 137,230.00 | 0.00 | OA | 0.00 | FA |
| 2 | Cash on deposit | 0.00 | 0.00 | DA | 0.00 | FA |
| 3 | Household goods | 2,375.00 | 0.00 | DA | 0.00 | FA |
| 4 | Misc dvds | 300.00 | 0.00 | DA | 0.00 | FA |
| 5 | Clothing | 700.00 | 0.00 | DA | 0.00 | FA |
| 6 | Camping gear | 20.00 | 0.00 | DA | 0.00 | FA |
| 7 | Retirement | 120.00 | 0.00 | DA | 0.00 | FA |
| 8 | Tetzner Civil Case | 670.00 | 670.00 | DA | 0.00 | FA |
| 9 | Various potential lawsuits | Unknown | Unknown | DA | 0.00 | FA |
| 10 | 2003 Ford Escape | 12,880.00 | 0.00 | DA | 0.00 | FA |
| 11 | 05 ref less PPD & no EIC  (u) | 1,064.00 | 1,064.00 | | 1,064.38 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.94 | Unknown |
| 12 | **Assets**        **Totals** (Excluding unknown values) | **$155,359.00** | **$1,734.00** | | **$1,068.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

bar date 1-17-2007.

3/31/07 - Interim Reporting Period.

Reamaing Issues: Trustee to review claims.

Steps to be taken: review claims, resolve any claims issues, file TFR.

# Form 1

Page: 2

## Individual Estate Property Record and Report
## Asset Cases

| | |
|---|---|
| Case Number: 05-21992 TLM | Trustee: (320030)   J FORD ELSAESSER |
| Case Name: TETZNER, RANDALL L | Filed (f) or Converted (c): 10/13/05 (f) |
| TETZNER, DIANE L | §341(a) Meeting Date: 12/08/05 |
| Period Ending: 05/31/07 | Claims Bar Date: 01/17/07 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property)<br><br>Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

10/18/05 - Reviewed schedules, no conflicts

Initial Projected Date Of Final Report (TFR): September 30, 2006

Current Projected Date Of Final Report (TFR): September 30, 2007

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-21992 TLM |
| Case Name: | TETZNER, RANDALL L |
| | TETZNER, DIANE L |
| Taxpayer ID #: | 13-7544080 |
| Period Ending: | 05/31/07 |

| | |
|---|---|
| Trustee: | J FORD ELSAESSER (320030) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | \*\*\*-\*\*\*\*\*54-65 - Money Market Account |
| Blanket Bond: | $1,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/18/06 | {11} | R. Tetzner | 05 ref in full. | 1224-000 | 1,064.38 | | 1,064.38 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.20 | | 1,064.58 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.69 | | 1,065.27 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 0.67 | | 1,065.94 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.71 | | 1,066.65 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.53 | | 1,067.18 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.56 | | 1,067.74 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 0.58 | | 1,068.32 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 1,068.32 | 0.00 | $1,068.32 |
| Less: Bank Transfers | 0.00 | 0.00 | |
| Subtotal | 1,068.32 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $1,068.32 | $0.00 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 05-21992 TLM |
| Case Name: | TETZNER, RANDALL L |
| | TETZNER, DIANE L |
| Taxpayer ID #: | 13-7544080 |
| Period Ending: | 05/31/07 |

| | |
|---|---|
| Trustee: | J FORD ELSAESSER (320030) |
| Bank Name: | JPMORGAN CHASE BANK, N.A. |
| Account: | ***-*****54-65 - Money Market Account |
| Blanket Bond: | $1,000,000.00  (per case limit) |
| Separate Bond: | N/A |

| 1<br>Trans.<br>Date | {Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| MMA # ***-*****54-65 | 1,068.32 | 0.00 | 1,068.32 |
| | $1,068.32 | $0.00 | $1,068.32 |

{} Asset reference(s)

# Claims Register

## Case: 05-21992    TETZNER, RANDALL L

Claims Bar Date:   01/17/07

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | J FORD ELSAESSER<br>P.O. BOX 2220<br>SANDPOINT, ID 83864<br><2100-00  Trustee Compensation>, 200 | Admin Ch.  7<br>10/13/05 | | $267.08<br>$267.08 | $0.00 | $267.08 |
| | J FORD ELSAESSER<br>P.O. BOX 2220<br>SANDPOINT, ID 83864<br><2200-00  Trustee Expenses>, 200 | Admin Ch.  7<br>10/13/05 | | $29.52<br>$29.52 | $0.00 | $29.52 |
| 1 | Verizon Northwest Inc.<br>404 Brock Drive<br><br>Bloomington, IL 61701 | Unsecured<br>10/26/06 | ***-***-9090 | $396.55<br>$396.55 | $0.00 | $396.55 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | Unsecured; History: 1-1 10/26/2006Claim #1 filed by Verizon Northwest Inc. , total amount claimed: $396.55 (AFNI, EBecker)  no docs. 5/25/07 - documentation received. | | | |
| 2 | Heart Clinics Norrthwest, P.S.<br>122 W 7th Ave Ste 310<br><br>Spokane, WA 99204-2352 | Unsecured<br>10/27/06 | 933019 | $464.00<br>$464.00 | $0.00 | $464.00 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | Unsecured; History: 2-1 10/27/2006Claim #2 filed by Heart Clinics Norrthwest, P.S. , total amount claimed: $464 (aw) | | | |
| 3 | Discover Bank/Discover Financial Services<br>PO Box 3025<br><br>New Albany, OH 43054 | Unsecured<br>11/02/06 | ****2906 | $1,856.47<br>$1,856.47 | $0.00 | $1,856.47 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | Unsecured; History: 3-1 11/02/2006Claim #3 filed by Discover Bank/Discover Financial Services , total amount claimed: $1856.47 (Discover Fin Svcs, MWilson) | | | |
| 4 | Portfolio Recovery Associates, LLC<br>P O Box 12914<br><br>Norfolk, VA 23541 | Unsecured<br>11/06/06 | ****6986 | $2,957.26<br>$2,957.26 | $0.00 | $2,957.26 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | Unsecured; History: 4-1 11/06/2006Claim #4 filed by Portfolio Recovery Associates, LLC , total amount claimed: $2957.26 (Portfolio Recovery Associates) | | | |
| 5 | Incyte Pathology<br>PO Box 3405<br><br>Spokane, WA 99220-3405 | Unsecured<br>11/14/06 | 7236 | $19.00<br>$19.00 | $0.00 | $19.00 |
| | <7100-00  General Unsecured § 726(a)(2)>, 610 | | Unsecured; History: 5-1 11/14/2006Claim #5 filed by Incyte Pathology , total amount claimed: $19 (aw) | | | |

# Claims Register

### Case: 05-21992          TETZNER, RANDALL L

Claims Bar Date:    01/17/07

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 6 | Kootenai Medical Center<br>2003 Lincoln Way<br><br>CDA, ID 83814<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/24/06 | 4820 | $2,972.11<br>$2,972.11 | $0.00 | $2,972.11 |
| | | | Unsecured; History: 6-1 11/24/2006Claim #6 filed by Kootenai Medical Center , total amount claimed: $2972.11 (aw) | | | |
| 7 | North Idaho MRI<br>1825 Ironwood Dr.<br><br>Coeur D Alene, ID 83814<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/24/06 | 7832 | $1,617.52<br>$1,617.52 | $0.00 | $1,617.52 |
| | | | Unsecured; History: 7-1 11/24/2006Claim #7 filed by North Idaho MRI , total amount claimed: $1617.52 (aw) | | | |
| 8 | Citibank ( South Dakota ) N.A.<br>DBA: SEARS<br>POB 182149<br>Columbus, OH 43218<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>11/30/06 | 2713 | $1,524.42<br>$1,524.42 | $0.00 | $1,524.42 |
| | | | Unsecured; History: 8-1 11/30/2006Claim #8 filed by Citibank ( South Dakota ) N.A. , total amount claimed: $1524.42 (Citigroup, KCarr) | | | |
| 9 | B-Line, LLC/Target National Bank<br>Mail Stop 550<br>2101 Fourth Ave., Suite 1030<br>Seattle, WA 98121<br><br><7100-00  General Unsecured § 726(a)(2)>, 610 | Unsecured<br>01/10/07 | ****8576 | $409.00<br>$409.00 | $0.00 | $409.00 |
| | | | Unsecured; History: 9-1 01/10/2007Claim #9 filed by B-Line, LLC/Target National Bank , total amount claimed: $409 (Kane, Steven) | | | |
| | | | | **Case Total:** | $0.00 | $12,512.93 |

## SCHEDULE "D"
## PROPOSED DISTRIBUTION AND ABANDONMENT OF ASSETS

1.  **ADMINISTRATIVE EXPENSES**

| | | | |
|---|---|---|---|
| a. | Trustee Compensation: | $ | 267.08 |
| b. | Trustee Expenses: | $ | 29.52 |
| c. | Trustee's Attorney: | $ | 0.00 |
| d. | Debtor's Attorney: | $ | 0.00 |
| e. | Trustee's Accountant: | $ | 0.00 |
| f. | Trustee's Appraiser: | $ | 0.00 |
| g. | Trustee's Auctioneer: | $ | 0.00 |
| h. | Court Fees: | $ | 0.00 |
| i. | Advertising: | $ | 0.00 |
| j. | Trustee expenses incurred to date: | $ | 0.00 |
| k. | Post-petition funds returned to debtor prior to Final: | $ | 0.00 |
| l. | Post-Petition or excess funds to be returned to debtor: | $ | 0.00 |
| m. | Other (list by claim): | $ | 0.00 |
| | **TOTAL:** | $ | 296.60 |

2.  **SECURED CLAIMS**

| CLAIM NUMBER | NAME OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | TOTAL> | $ 0.00 | $ 0.00 |

3.  **PRIORITY CLAIMS**

| CLAIM NUMBER | NAME OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| | TOTAL> | $ 0.00 | $ 0.00 |

**4.   UNSECURED CLAIMS**
Prorata percentage used if less than 100%: 6.32%

| CLAIM NUMBER | NAME OF CLAIMANT | AMOUNT OF CLAIM | AMOUNT TO BE PAID |
|---|---|---|---|
| 1 | Verizon Northwest Inc. 404 Brock Drive Bloomington, IL  61701- | 396.55 | 25.05 |
| 2 | Heart Clinics Norrthwest, P.S. 122 W 7th Ave Ste 310 Spokane, WA  99204-2352 | 464.00 | 29.31 |
| 3 | Discover Bank/Discover Financial Services PO Box 3025 New Albany, OH  43054- | 1,856.47 | 117.28 |
| 4 | Portfolio Recovery Associates. LLC P O Box 12914 Norfolk, VA  23541- | 2,957.26 | 186.81 |
| 5 | Incyte Pathology PO Box 3405 Spokane, WA  99220-3405 | 19.00 | 1.20 |
| 6 | Kootenai Medical Center 2003 Lincoln Way CDA, ID  83814- | 2.972.11 | 187.75 |
| 7 | North Idaho MRI 1825 Ironwood Dr. Coeur D Alene. ID  83814- | 1.617.52 | 102.18 |
| 8 | Citibank ( South Dakota ) N.A. DBA: SEARS POB 182149 Columbus, OH  43218- | 1,524.42 | 96.30 |
| 9 | B-Line, LLC/Target National Bank Mail Stop 550 2101 Fourth Ave., Suite 1030 Seattle, WA  98121- | 409.00 | 25.84 |
| | TOTAL> | $    12,216.33 | $    771.72 |

5.   THE FOLLOWING PROPERTY OF THE ESTATE WILL BE ABANDONED BY THE TRUSTEE PURSUANT TO 11 USC 554 AT THE TIME THIS FINAL ACCOUNTING IS APPROVED AND THE CASE CLOSED.

Cash on deposit;   Household goods;   Misc dvds;   Clothing;   Camping gear; Retirement;   Tetzner Civil Case;   Various potential lawsuits;   2003 Ford Escape;

Printed:  05/31/07 02:41 PM                                                                                 Page:  1

# Claims Proposed Distribution

## Case:  05-21992   TETZNER, RANDALL L

| Case Balance: | $1,068.32 | Total Proposed Payment: | $1,068.32 | Remaining Balance: | $0.00 |
|---|---|---|---|---|---|

| Claim # | Claimant Name | Type | Amount Filed | Amount Allowed | Paid to Date | Claim Balance | Proposed Payment | Remaining Funds |
|---|---|---|---|---|---|---|---|---|
| | J FORD ELSAESSER <br> <2200-00  Trustee Expenses> | Admin Ch. 7 | 29.52 | 29.52 | 0.00 | 29.52 | 29.52 | 1,038.80 |
| | J FORD ELSAESSER <br> <2100-00  Trustee Compensation> | Admin Ch. 7 | 267.08 | 267.08 | 0.00 | 267.08 | 267.08 | 771.72 |
| 1 | Verizon Northwest Inc. | Unsecured | 396.55 | 396.55 | 0.00 | 396.55 | 25.05 | 746.67 |
| 2 | Heart Clinics Norrthwest, P.S. | Unsecured | 464.00 | 464.00 | 0.00 | 464.00 | 29.31 | 717.36 |
| 3 | Discover Bank/Discover Financial Services | Unsecured | 1,856.47 | 1,856.47 | 0.00 | 1,856.47 | 117.28 | 600.08 |
| 4 | Portfolio Recovery Associates, LLC | Unsecured | 2,957.26 | 2,957.26 | 0.00 | 2,957.26 | 186.81 | 413.27 |
| 5 | Incyte Pathology | Unsecured | 19.00 | 19.00 | 0.00 | 19.00 | 1.20 | 412.07 |
| 6 | Kootenai Medical Center | Unsecured | 2,972.11 | 2,972.11 | 0.00 | 2,972.11 | 187.75 | 224.32 |
| 7 | North Idaho MRI | Unsecured | 1,617.52 | 1,617.52 | 0.00 | 1,617.52 | 102.18 | 122.14 |
| 8 | Citibank ( South Dakota ) N.A. | Unsecured | 1,524.42 | 1,524.42 | 0.00 | 1,524.42 | 96.30 | 25.84 |
| 9 | B-Line, LLC/Target National Bank | Unsecured | 409.00 | 409.00 | 0.00 | 409.00 | 25.84 | 0.00 |
| | Total for Case 05-21992 : | | $12,512.93 | $12,512.93 | $0.00 | $12,512.93 | $1,068.32 | |

## CASE SUMMARY

| | Amount Filed | Amount Allowed | Paid to Date | Proposed Payment | % paid |
|---|---|---|---|---|---|
| Total Administrative Claims : | $296.60 | $296.60 | $0.00 | $296.60 | 100.000000% |
| Total Unsecured Claims : | $12,216.33 | $12,216.33 | $0.00 | $771.72 | 6.317118% |

**JPMorganChase** 🟠

JPMorgan Chase Bank, N.A.
Bankruptcy Management Services
4 New York Plaza
New York, NY 10004

March 31, 2007 through April 30, 2007
Account Number: **000312105135465**

---

## CUSTOMER SERVICE INFORMATION

Service Center:          **1-800-634-5273**

---

00018902 DBI 802 24 12107 - NNN   1 000000000 60 0000
05-21992 TETZNER RANDALL L
TETZNER DIANE L DEBTOR
320030 FORD ELSAESSER TRUSTEE
BRANCH 312 4 NYP 17TH FL
NEW YORK NY 10004



## SAVINGS SUMMARY   Bankruptcy Business Money Market

|  | INSTANCES | AMOUNT |
|---|---|---|
| Beginning Balance |  | $1,067.74 |
| Deposits and Additions | 1 | 0.58 |
| Ending Balance | 1 | $1,068.32 |
| Interest Paid This Period |  | $0.58 |
| Interest Paid Year-to-Date |  | $2.38 |

This account earns interest daily and the current interest rate is 0.65%.

The total interest paid this year is $2.38.

## DEPOSITS AND ADDITIONS

| DATE | DESCRIPTION | AMOUNT |
|---|---|---|
| 04/30 | Interest Payment | $0.58 |
| **Total Deposits and Additions** |  | **$0.58** |

14343

Page 1 of 1